# EXHIBIT B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

STEPHEN BEACH

          Plaintiff,

-against-

HSBC BANK USA, N.A.,

          Defendant.

Index No. 653225/2017E

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties in the above-captioned action, that the time within which Defendant HSBC Bank USA, N.A. ("HSBC") shall answer, move, or otherwise respond to the Complaint, is extended to and including August 4, 2017.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned parties that HSBC agrees that it will not raise any defense of lack of service of process or of improper service of process with respect to the Complaint.

IT IS FURTHER STIPULATED AND AGREED by and between the undersigned parties that a signed facsimile of this Stipulation shall be deemed the same as an original.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: New York, New York
June 28, 2017

CARMEL, MILAZZO & DICHIARA, LLP

*/s/ Christopher P. Milazzo*
Christopher P. Milazzo, Esq.
261 Madison Avenue, 9th Floor
New York, New York 10016
Phone: (212) 658-0458
Fax: (646) 838-1314
cmilazzo@cmdllp.com

*Attorneys for Plaintiff*

PROSKAUER ROSE LLP

*/s/ Rachel S. Philion*
Allan S. Bloom, Esq.
Rachel S. Philion, Esq.
Eleven Times Square
New York, New York 10036
Phone: (212) 969-3000
Fax: (212) 969-2900
abloom@proskauer.com
rphilion@proskauer.com

*Attorneys for Defendant*